UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD M. COIA, et al. | : | |
| | : | |
| v. | : | C.A. No. 07-030S |
| | : | |
| FLEET CONSTRUCTION CO., INC. | : | |

**STIPULATION**

By agreement of the parties, Defendant Fleet Construction Co., Inc. shall have up to and including February 28, 2007, within which to answer or otherwise respond to Plaintiffs' Complaint.

RONALD M. COIA, et al.
By their Attorneys,

/s/ Robert P. Brooks
ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
rbrooks@apslaw.com
jlaporte@apslaw.com
Dated: February 13, 2007

FLEET CONSTRUCTION CO., INC.
By its Attorneys,

/s/ Jean Fallago
JEAN FALLAGO
55 Cedar Swamp Road
Smithfield, RI 02917
Tel: (401) 231-4805
Fax: (401) 231-5078
jfallagoesq@aol.com
Dated: February 13, 2007

*408500_1.doc*