UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Ronald M Coia, et al
Plaintiff

v. C.A. No. 07-30S

Fleet Construction Co., Inc
Defendant

**SHOW CAUSE ORDER**

On or before **May 24, 2007** the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution. Failure to comply will result in dismissal.

By Order,

Colleen Baldwell
Deputy Clerk

ENTER:

WESmm
William E. Smith
US District Judge

Date: 5/4/07

FORMS/SHWCAUS2.ORD