EXHIBIT
A

ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 351-4607

175 Federal Street
Boston, MA 02110-2210
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

May 8, 2007

**VIA REGULAR MAIL AND CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED 7001 1940 0005 6298 2114**

Jean Fallago, Esq.
52 Cedar Swamp Road
Smithfield, RI 02917

***Re: Ronald M. Coia, et al., v. Fleet Construction Co., Inc., C.A. No. 07-030S***

Dear Ms. Fallago:

Enclosed please find a copy of Plaintiff's Motion for Entry of Default and the Memorandum of Law in Support Thereof. Please contact me if you will be representing Fleet Construction Co., Inc. in this matter and whether you intend to file a responsive pleading. If I do not hear from you by May 14, 2007, I will file the enclosed motion.

Very truly yours,

ROBERT P. BROOKS

Enclosures

*417081_1.doc*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jean Fallago, Esq.
52 Cedar Swamp Road
Smithfield, RI 02917

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addresse

B. Received by (Printed Name) C. Date of Delive

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandis
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7001 1940 0005 6298 2114

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-15

STATE CAPITAL
GLOBAL LAW FIRM GROUP