UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD M. COIA<br>As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, | : | |
| v. | : | C.A. No. 07-030S |
| FLEET CONSTRUCTION CO., INC. | : | |

**<u>MOTION FOR ENTRY OF DEFAULT</u>**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs, Ronald M. Coia, as Trustee of the Rhode Island Laborers Health Fund, et al., hereby move that the Clerk enter the default of Defendant Fleet Construction Co., Inc. for failure to plead and answer the Amended Verified Complaint in the above-captioned matter. This Motion is supported by the memorandum filed contemporaneously herewith.

Dated: Providence, Rhode Island
August 2, 2007

PLAINTIFF

RONALD M. COIA, et al.
By their Attorneys,

/s/ Robert P. Brooks________________
ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
rbrooks@apslaw.com
jlaporte@apslaw.com

CERTIFICATION

I, the undersigned, hereby certify that on this 2nd day of August, 2007 I sent a true copy of the within Motion For Entry of Default by regular mail, postage prepaid, to the following:

Joseph Tudino, Esq.
Law Office of Domenic Tudino, Esq., Inc.
915 Smith Street
Providence, RI 02908

/s/ Robert P. Brooks________________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONAL M. COIA :
As Trustee of the Rhode Island Laborers :
Health Fund; the Rhode Island Laborers' :
Pension Fund; the New England Laborers' :
Training Trust Fund; the New England :
Laborers' Labor Management :
Cooperation/Trust Fund; the New England :
Laborers' Health & Safety Fund; the New :
England Laborers' Unified Trust Fund; the :
Rhode Island Laborers' Annuity Fund; :
the Rhode Island Laborers' Legal Services :
Fund; the Rhode Island Construction :
Industry Advancement Fund; and the :
RHODE ISLAND LABORERS' DISTRICT :
COUNCIL OF THE LABORERS' :
INTERNATIONAL UNION OF :
NORTH AMERICA, AFL-CIO, :
:
v. : C.A. No. 07-030S
:
FLEET CONSTRUCTION CO., INC. :

**MEMORANDUM OF LAW IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT**

Plaintiffs, Ronald M. Coia, as Trustee of the Rhode Island Laborers Health Fund, et al., submit this Memorandum in support of their Motion for Entry of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. The Amended Verified Complaint in this matter was filed on May 23, 2007 and served on the Defendant Fleet Construction Co., Inc.'s legal counsel. To date, no answer has been filed by the Defendant. See Affidavit of Plaintiffs' attorney, Robert P. Brooks, attached hereto as **Exhibit 1**.

Entry of Default by the Clerk is specifically provided for by Rule 55(a) of the Federal Rules of Civil Procedure when a party against whom affirmative relief is sought fails to plead or otherwise defend, and such failure is made apparent by affidavit. As set forth in the

accompanying Affidavit of Robert P. Brooks, the Defendant has without excuse or justification failed to answer the Amended Verified Complaint or otherwise defend. Therefore, Plaintiffs request that entry of default against the Defendant be granted.

Dated: Providence, Rhode Island
August 2, 2007

PLAINTIFF
RONALD M. COIA, et al.
By their Attorneys,

/s/ Robert P. Brooks________________

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
rbrooks@apslaw.com
jlaporte@apslaw.com

CERTIFICATION

I, the undersigned, hereby certify that on this 2nd day of August, 2007 I sent a true copy of the within Memorandum of Law In Support Of Plaintiffs' Motion For Entry Of Default by regular mail postage prepaid to the following:

Joseph Tudino, Esq.
Law Office Domenic Tudino Esq., Inc.
915 Smith Street
Providence, RI 02908

/s/ Robert P. Brooks_________________

*416838_1.doc*