UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD M. COIA
As Trustee of the Rhode Island Laborers
Health Fund; the Rhode Island Laborers'
Pension Fund; the New England Laborers'
Training Trust Fund; the New England
Laborers' Labor Management
Cooperation/Trust Fund; the New England
Laborers' Health & Safety Fund; the New
England Laborers' Unified Trust Fund; the
Rhode Island Laborers' Annuity Fund;
the Rhode Island Laborers' Legal Services
Fund; the Rhode Island Construction
Industry Advancement Fund; and the
RHODE ISLAND LABORERS' DISTRICT
COUNCIL OF THE LABORERS'
INTERNATIONAL UNION OF
NORTH AMERICA, AFL-CIO,

v. C.A. No. 07-030S

FLEET CONSTRUCTION CO., INC.

**AFFIDAVIT OF ROBERT P. BROOKS**

I, Robert P. Brooks, being duly sworn, hereby deposes and says:

1. I am the attorney for Plaintiffs, Ronald M. Coia, as Trustee of the Rhode Island Laborers Health Fund, et al. in the above-captioned matter.

EXHIBIT
tabbles
1

2. To date, I have not received an Answer to the Amended Verified Complaint served on Defendant Fleet Construction Co., Inc.'s legal counsel on May 23, 2007.

ROBERT P. BROOKS (#3721)

Subscribed and sworn to before me this 2nd day of August, 2007.

Notary Public
My Commission Expires: 7/25/2011

*416837_1.doc*