UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD M. COIA<br>As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, | : | |
| v. | : | C.A. No. 07-030S |
| FLEET CONSTRUCTION CO., INC. | : | |

**MOTION FOR ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs, Ronald M. Coia, as Trustee of the Rhode Island Laborers Health Fund, et al., hereby move that the Clerk enter the default of Defendant Fleet Construction Co., Inc. for failure to plead and answer the Amended Verified Complaint in the above-captioned matter. This Motion is supported by the memorandum filed contemporaneously herewith.

Dated: Providence, Rhode Island
August 2, 2007

DEFAULT HEREBY ENTERED
Wendy Meile 8/2/2007
DEPUTY CLERK