UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD M. COIA
As Trustee of the Rhode Island Laborers
Health Fund; the Rhode Island Laborers'
Pension Fund; the Ne England Laborers'
Training Trust Fund; the New England
Laborers' Labor Management Cooperation/
Trust Fund; the New England Laborers'
Health & Safety Fund; the New England
Laborers' Unified Trust Fund; the Rhode
Island Laborers' Annuity Fund; the Rhode
Island Laborers' Legal Services Fund;
the Rhode Island Construction Industry
Advancement Fund; and the RHODE ISLAND
LABORERS'DISTRICT COUNCIL OF THE
LABORERS'INTERNATIONAL UNION OF NORTH
AMERICA, AFL-CIO

vs. C.A. No. 07-030S

FLEET CONSTRUCTION CO., INC.

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of the defendant, Fleet Construction Co., Inc. in the above-captioned matter.

Joseph Tudino #2654
915 Smith Street
Providence, RI 02908
331-2600

Dated: August 8, 2007

**CERTIFICATION**

I hereby certify that I mailed a copy of the within Entry to Robert P. Brooks, Esq. and Jaime J. LaPorte, Esq., of Adler Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903 on this 8th day of August, 2007.

Myrna Vellucci

litigat\fleet.ent