UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD M. COIA
As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the Ne England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/ Trust Fund; the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS'DISTRICT COUNCIL OF THE LABORERS'INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO

vs. C.A. No. 07-030S

FLEET CONSTRUCTION CO., INC.

**OBJECTION TO PLAINTIFFS'MOTION FOR ENTRY OF DEFAULT**

Now comes the defendant in the above-captioned matter and hereby objects to plaintiffs' Motion for Entry of Default in the above-captioned matter. This Objection is supported by the memorandum filed contemporaneously herewith.

Defendant,

FLEET CONSTRUCTION CO., INC.

By its Attorney,

**Joseph Tudino #2654**
**915 Smith Street**
**Providence, RI 02908**
**331-2600**

Dated: August 8, 2007

**CERTIFICATION**

I hereby certify that I mailed a copy of the within Objection to Robert P. Brooks, Esq. and Jaime J. LaPorte, Esq., of Adler Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903 on this 8th day of August, 2007.

Myrna Vellucci

litigat\fleet.mot

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD M. COIA
As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the Ne England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/ Trust Fund; the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS'DISTRICT COUNCIL OF THE LABORERS'INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO

RECEIVED
AUG 09 2007
Property of U.S. District Court
District of Rhode Island

vs. C.A. No. 07-030S

FLEET CONSTRUCTION CO., INC.

**MEMORANDUM IN SUPPORT OF OBJECTION TO PLAINTIFFS'MOTION FOR ENTRY OF DEFAULT**

Defendant, Fleet Construction Co., Inc. hereby submits this memorandum in support of its objection to Plaintiffs' Motion for Entry of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. The cause of action set forth in the original complaint filed by the Plaintiffs has been satisfied by the Defendant in full. Plaintiffs now seek new and separate cause of action against the Defendant by amending the original complaint rather than instituting a new cause of action. As such, this cause of action must fail and Plaintiffs must commence a new cause of action against the Defendant so that Defendant may answer the case and file an objection in a timely manner.

Defendant,

FLEET CONSTRUCTION CO., INC.

By its Attorney,

Joseph Tudino #2654
915 Smith Street
Providence, RI 02908
331-2600

**CERTIFICATION**

I hereby certify that I mailed a copy of the within Memorandum to Robert P. Brooks, Esq. and Jaime J. LaPorte, Esq., of Adler Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903 on this 8th day of August, 2007.

Myrna Vellucci

litigat\fleet.mem