UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD M. COIA<br>As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, | : | |
| v. | : | C.A. No. 07-0030-S-DLM |
| FLEET CONSTRUCTION CO., INC. | : | |

**STIPULATION OF DISMISSAL**

Now come the parties in the above-referenced matter pursuant to Rule of Civil Procedure 41(a)(1) and hereby stipulate that the matter be dismissed with prejudice.

Dated: August 21, 2007

RONALD M. COIA, et al.
By their Attorneys,

/s/ Robert P. Brooks
ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
rbrooks@apslaw.com
jlaporte@apslaw.com

FLEET CONSTRUCTION CO., INC.
By its attorney,

/s/ Joseph Tudino
JOSEPH TUDINO (#2654)
915 Smith Street
Providence, RI 02908
Tel: (401) 331-2600
tudinolaw@aol.com

CERTIFICATE OF SERVICE

To:

Joseph D. Tudino, Esq.
Domenic Tudino, Esq., Inc.
915 Smith Street
Providence, RI 02908

I hereby certify that I filed the within Reply through the ECF system on the 21st day of August, 2007, and that notice will be sent by regular mail to the above-named counsel who is the registered participant identified for Case No. 07-0030-S-DLM.

/s/ Robert P. Brooks

*426491_1.doc*